582

373 A.2d 1119

Commonwealth v. Cooper, Appellant.

Argued September 14, 1976. Robert B. Lawler, with him Shuman, Lawler and Levy, for appellant; Abraham J. Gafni, Deputy District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The case is remanded for further proceedings in accordance with *Commonwealth v. Twiggs,* 460 Pa. 105, 331 A.2d 440 (1975).

373 A.2d 1120

Commonwealth v. Crowder, Appellant.

Submitted November 8, 1976. Ralph J. Cappy, Public Defender, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.